# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: RADTKE, JEFFREY § | Case No. 11-83890 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/11/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/14/2012          By:  /s/BERNARD J. NATALE
                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RADTKE, JEFFREY § Case No. 11-83890
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 41.98 |
| *leaving a balance on hand of* [1] | $ 8,958.02 |
| **Balance on hand:** | $ 8,958.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,958.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,650.00 | 0.00 | 1,650.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,930.25 | 0.00 | 1,930.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 14.90 | 0.00 | 14.90 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,595.15 |
| Remaining balance: | $ 5,362.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,362.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,362.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,491.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,643.14 | 0.00 | 1,372.59 |
| 2 | FIA CARD SERVICES, N.A. | 32,319.86 | 0.00 | 3,810.10 |
| 3 | Chase Bank USA, N.A. | 1,528.45 | 0.00 | 180.18 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,362.87 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-83890-MB
Jeffrey Radtke                                                          Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3         User: kkrystave          Page 1 of 2           Date Rcvd: Jun 21, 2012
                             Form ID: pdf006          Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2012.
db            +Jeffrey Radtke,    6004 Deerchase Court,    Johnsburg, IL 60051-6228
17749298      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
18183326       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17749295      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17749296      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18094518       FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17749292      +Toyota Motor Credit Company,    Attn: Bankruptcy Dept.,    1111 W 22Nd St Ste 420,
                Oak Brook, IL 60523-1959
17749297      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17749300      +UNVL/CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
17749293     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
                MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:   Wells Fargo HM Mortgag,     Attn: Bankruptcy Dept.,
                8480 Stagecoach Cir,    Frederick, MD 21701)
17749294      +Wells Fargo BANK NV NA,    Attn: Bankruptcy Dept.,    Po Box 31557,    Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18076814       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2012 02:04:43      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17749299      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2012 02:04:43      Discover FIN SVCS LLC,
                Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17749301     ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Jun 21, 2012
                              Form ID: pdf006              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2012 at the address(es) listed below:

    Bernard J Natale  natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
    Nathan E Curtis  on behalf of Debtor Jeffrey Radtke ndil@geracilaw.com
    Patrick S Layng  USTPRegion11.MD.ECF@usdoj.gov
    Ross T Brand  on behalf of Debtor Jeffrey Radtke ndil@geracilaw.com
    Scott E Hillison  on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                              TOTAL: 5