**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: RADTKE, JEFFREY   § Case No. 11-83890
§
§
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,050.00            Assets Exempt: $5,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,362.87     Claims Discharged
                                                Without Payment: $65,021.58

Total Expenses of Administration: $3,637.13

3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $347,900.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,637.13 | 3,637.13 | 3,637.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,645.00 | 45,491.45 | 45,491.45 | 5,362.87 |
| **TOTAL DISBURSEMENTS** | $414,545.00 | $49,128.58 | $49,128.58 | $9,000.00 |

    4) This case was originally filed under Chapter 7 on August 31, 2011. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2012               By: /s/BERNARD J. NATALE
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Global Settlement Re: Taxes, Fr Conv, Autos | 1229-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit Company | 4110-000 | 11,502.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo HM Mortgag | 4110-000 | 293,218.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo BANK NV NA | 4110-000 | 43,180.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$347,900.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 14.90 | 14.90 | 14.90 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,930.25 | 1,930.25 | 1,930.25 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 16.98 | 16.98 | 16.98 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | | 1,650.00 | 1,650.00 | 1,650.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $3,637.13 | $3,637.13 | $3,637.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,647.00 | 11,643.14 | 11,643.14 | 1,372.59 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 30,910.00 | 32,319.86 | 32,319.86 | 3,810.10 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 195.00 | 1,528.45 | 1,528.45 | 180.18 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UNVL/CITI | 7100-000 | 24,893.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,645.00 | $45,491.45 | $45,491.45 | $5,362.87 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83890  
**Case Name:** RADTKE, JEFFREY  

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/31/11 (f)  
**§341(a) Meeting Date:** 10/13/11  

**Period Ending:** 08/29/12  
**Claims Bar Date:** 02/15/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account with State Bank Group - Joint w | 500.00 | 0.00 | DA | 0.00 | FA |
| 2  Savings account with State Bank Group; joint wit | 200.00 | 0.00 | DA | 0.00 | FA |
| 3  1/2 interest in household goods; TV, DVD player, | 1,500.00 | 250.00 | DA | 0.00 | FA |
| 4  Books, Compact Discs, Tapes/Records, Family Pict | 50.00 | 0.00 | DA | 0.00 | FA |
| 5  Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6  watch, wedding band | 150.00 | 0.00 | DA | 0.00 | FA |
| 7  Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 8  Pension w/ Employer/Former Employer - 100% Exemp | 0.00 | 0.00 | DA | 0.00 | FA |
| 9  Stocks | 500.00 | 0.00 | DA | 0.00 | FA |
| 10  Potential workers compensation claim | 0.00 | 0.00 | DA | 0.00 | FA |
| 11  1996 Chevrolet Express with over 101,000 miles | 1,600.00 | 1,600.00 | DA | 0.00 | FA |
| 12  1/2 interest in 2008 Toyota 4Runner with over 35 | 13,500.00 | 5,349.00 | DA | 0.00 | FA |
| 13  Family Pets/Animals. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14  void  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 15  void  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 16  Possible Fraudulent Conveyance Re Real Estate  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 17  Pro-rated 2011 Taxes  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 18  Global Settlement Re: Taxes, Fr Conv, Autos  (u) | 0.00 | 9,000.00 |  | 9,000.00 | FA |
| **18 Assets Totals** (Excluding unknown values) | **$18,050.00** | **$16,199.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE INVESTIGATING POSSIBLE FRAUDULENT CONVEYANCE.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    June 14, 2012  (Actual)

Printed: 08/29/2012 02:47 PM    V.13.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-83890 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | RADTKE, JEFFREY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******40-66 - Checking Account |
| Taxpayer ID #: | **-***8060 | | Blanket Bond: | $606,000.00   (per case limit) |
| Period Ending: | 08/29/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/16/12 | {18} | Jeff Radtke | Pymt of Global Settlement Re: Taxes, Fr Conveyance and Autos | 1229-000 | 9,000.00 | | 9,000.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,975.00 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-83890, #016018067 | 2300-000 | | 16.98 | 8,958.02 |
| 07/11/12 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,650.00, Trustee Compensation;  Reference: | 2100-000 | | 1,650.00 | 7,308.02 |
| 07/11/12 | 103 | Discover Bank | Distribution paid  11.78% on $11,643.14; Claim# 1; Filed: $11,643.14; Reference: | 7100-000 | | 1,372.59 | 5,935.43 |
| 07/11/12 | 104 | FIA CARD SERVICES, N.A. | Distribution paid  11.78% on $32,319.86; Claim# 2; Filed: $32,319.86; Reference: | 7100-000 | | 3,810.10 | 2,125.33 |
| 07/11/12 | 105 | Chase Bank USA, N.A. | Distribution paid  11.78% on $1,528.45; Claim# 3; Filed: $1,528.45; Reference: | 7100-000 | | 180.18 | 1,945.15 |
| 07/11/12 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,945.15 | 0.00 |
| | | | Dividend paid 100.00%        1,930.25 on $1,930.25;  Claim# ATTY; Filed: $1,930.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%            14.90 on $14.90;  Claim# EXP; Filed: $14.90 | 3120-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 9,000.00 | 9,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 9,000.00 | 9,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $9,000.00 | $9,000.00 | |

Net Receipts :        9,000.00
―――――――――
Net Estate :        $9,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******40-66 | 9,000.00 | 9,000.00 | 0.00 |
| | $9,000.00 | $9,000.00 | $0.00 |

{} Asset reference(s)                                                                                                                                    Printed: 08/29/2012 02:47 PM     V.13.03